# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1092**

**CAF 14-00601**

PRESENT: SMITH, J.P., CENTRA, VALENTINO, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF WILLIAM MELLEN,
PETITIONER-APPELLANT,

V                                                            ORDER

AMY MELLEN, RESPONDENT-RESPONDENT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (JOHN M. WESLEY OF COUNSEL), FOR PETITIONER-APPELLANT.

GERMAIN & GERMAIN, LLP, SYRACUSE (GALEN F. HAAB OF COUNSEL), FOR RESPONDENT-RESPONDENT.

SUSAN B. MARRIS, ATTORNEY FOR THE CHILD, MANLIUS.

---------------------------------------------------------------------------------------------------

     Appeal from an order of the Family Court, Onondaga County (Salvatore Pavone, R.), entered February 26, 2014 in a proceeding pursuant to Family Court Act article 6.  The order denied the petition.

     It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  October 2, 2015                 Frances E. Cafarell
                                         Clerk of the Court